**Electronically Filed
Supreme Court
SCWC-13-0003065
27-OCT-2016
10:07 AM**

SCWC-13-0003065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KILAKILA ʻO HALEAKALĀ, Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES, DEPARTMENT OF LAND AND NATURAL RESOURCES, SUZANNE CASE, in her official capacity as Chairperson of the Board of Land and Natural Resources, and UNIVERSITY OF HAWAIʻI, Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003065; CIV. NO. 12-1-3070)

ORDER OF CORRECTION
(By: Recktenwald, C.J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on October 6, 2016, is corrected as follows:

On page 21, line 2, replace "her recommendation" with "his recommendation."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, October 27, 2016.

/s/ Mark E. Recktenwald

